# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00546-CR

**Leonard Smith, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-DC-22-300678, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Leonard Smith seeks to appeal a judgment of conviction for the offense of indecency with a child. The district court has certified that this is a plea-bargain case, Smith has no right of appeal, and Smith has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana, and Kelly

Dismissed for Want of Jurisdiction

Filed: October 29, 2024

Do Not Publish